

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-cr-00429 DSF |
| Brenda Barraza-Beltran, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __the Defendant_____, IT IS ORDERED that a detention hearing is set for __July 31, 2025_____, _____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable __Shashi H. Kewalramani_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __July 30, 2025_____    _____Shashi H. Kewalramani_____
U.S. ~~District Judge~~/Magistrate Judge